```
                                    FILED
                              CLERK U.S. DISTRICT COURT

                                   NOV 16 2016

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY _____ DEPUTY
```

Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, a New York mutual insurance company, and NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>STUART IRWIN COHEN, and Does 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:16-cv-02235-SVW-KS<br><br>Action Filed: April 1, 2016<br><br><u>Assigned to:</u><br>District Judge Stephen V. Wilson<br><br>PROPOSED ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)(1)(A)(II)<br><br><br>[Filed Concurrently With:<br>- Stipulation] |

The Court, having reviewed the Stipulation of Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) between Plaintiffs New York Life Insurance Company and New York Life Insurance and Annuity Corporation (together, "New York Life") and Defendant Stuart Irwin Cohen ("Cohen") (collectively, New York Life and Cohen are the "Parties"), including the Parties' request for the Court to retain jurisdiction in the Stipulation, and for good cause shown, hereby approves the Parties' Stipulation in its entirety. Based thereon, the Court orders as follows:

1. The above-captioned action is dismissed with prejudice, in accordance with the Parties' Confidential Settlement Agreement dated and effective September 14, 2016 (the "Agreement").

2. This Court retains jurisdiction over the Parties personally and over the Agreement to enforce the terms of the Agreement, as well as to enforce the terms of the related Stipulation for Judgment ("Stipulation") and Judgment Pursuant to Stipulation ("Judgment"), until there is full performance of the terms of each. The Court has and retains jurisdiction to resolve any dispute or conflict arising under or relating to the Agreement, to enforce its terms and to enforce the terms of the Stipulation and Judgment.

3. The Parties shall bear their own costs and attorneys' fees of this action, except as otherwise provided in the Agreement.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: 11/16/16

Hon. Stephen V. Wilson
United States District Court Judge